IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FREDA COOPER, )
 )
 Plaintiff, )
 )
v. ) CASE NO. CV506-77
 )
MICHAEL ASTRUE, )
Commissioner of Social )
Security, )
 )
 Defendant. )
 )

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The Court affirms the decision of the Administrative Law Judge ("ALJ") because of the paucity of medical evidence to support a finding of disability prior to December 31, 1997, the date Plaintiff was last insured.

In reaching this decision, the Court has considered several inconsistencies in the ALJ's decision. For example, the ALJ incorrectly states that "there are no intelligence test results contained in claimant's school records." (R. at 16.) To the contrary, the educational records contain results

of two IQ tests taken in 1967 and 1970. (R. at 171.) The ALJ does not explain why these tests results were disregarded. The ALJ also quotes an educational record stating that Plaintiff was "very slow" and "below grade level." Id. But the ALJ then speculates that this may have been the result of a "disinterest in learning," even though the next sentence of the document states that Plaintiff "seem[ed] to try real hard" and that her "behavior [was] good." (R. at 16, 171.)

Even after considering the IQ scores and Plaintiff's educational progress reports, there is substantial evidence to support the ALJ's determinations that Plaintiff did not have a severe impairment prior to her last date insured and that her impairment did not meet or equal Listing 12.05C for mental retardation. Therefore, the decision of the Commissioner is **AFFIRMED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 23rd day of January, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA